O/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KEVIN LAMONT WILSON,               )   Case No. LA CV 14-3253 PSG (JCG)
                                   )
      Petitioner,              )   **JUDGMENT**
                                   )
    v.                             )
                                   )
FOULK, Warden,                     )
                                   )
      Respondent.              )
                                   )
_____   )

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: __June 23, 2015_____

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE